

U.S. Department of Justice

United States Attorney
Eastern District of New York

DIB
F. #2024R00288

271 Cadman Plaza East
Brooklyn, New York 11201

October 23, 2025

By ECF and E-Mail

The HONORABLE JAMES R. CHO
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Eric Earnest, et al.
     Criminal Docket No. 25-323 (LDH)

Dear Judge Cho:

   The government respectfully moves for an order unsealing the indictment and arrest warrants in the above-captioned matter.

             Respectfully submitted,

             JOSEPH NOCELLA, JR.
             United States Attorney

          By: /s/ David I. Berman
             David I. Berman
             Assistant U.S. Attorney
             (718) 254-6167

Enclosure

cc: Clerk of Court (by ECF)
   Defense Counsel of Record (by ECF)

DIB
F.# 2024R00288

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ERIC EARNEST, ET AL.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

PROPOSED ORDER

CR 25-323 (LDH)

    Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney David I. Berman, for an order unsealing the ~~complaint~~ indictment and arrest warrant in the above-captioned matter.

    WHEREFORE, it is ordered that the indictment and arrest warrants in the above-captioned matter be unsealed.

Dated:  Brooklyn, New York
          10/23, 2025

                                      _____
                                      HONORABLE JAMES R. CHO
                                      UNITED STATES MAGISTRATE JUDGE
                                      EASTERN DISTRICT OF NEW YORK