# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE **Clay Kaminsky**       DATE: **12/8/25**

DOCKET NUMBER **25 CR 323 (LDH)**       LOG #: **2:17 - 2:52**

DEFENDANT'S NAME: **Terry Rozier**
  _X_ Present   ___ Not Present   ___ Custody   _X_ Bail

DEFENSE COUNSEL: **Jim Trusty**
  ___ Federal Defender   ___ CJA   ___ appointed by the Court   _X_ Retained

A.U.S.A **Ben Weintraub + Kaitlan Farrell**   CLERK: **S M Yuen**

Probation: _____ (Language) _____

_X_ Defendant arraigned on the: _X_ indictment ___ superseding indictment ___ probation violation

_X_ Defendant pleads NOT GUILTY to ALL counts.

_X_ Rule 5f Order read into the record.

___ Bail application Hearing held.   _X_ Defendant's first appearance.

  _X_ Bond set at **$3 million**   Defendant _X_ released ___ held pending satisfaction of bond conditions.

  _X_ Defendant advised of bond conditions set by the Court and signed the bond.

  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

  ___ (Additional) surety/ies to co-sign bond by _____

  ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered.   Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____
_____
_____
_____