IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff*,<br>v.<br><br>ERIC EARNEST, et al.,<br><br>       *Defendants*. | Case No. 25 Cr. 323 (LDH)<br><br>DATE OF SERVICE (BY EMAIL):<br>DECEMBER 12, 2025<br><br>ORAL ARGUMENT REQUESTED |

### NOTICE OF MOTION TO DISMISS INDICTMENT

PLEASE TAKE NOTICE that Defendant Terry Rozier, by his attorneys James M. Trusty and A. Jeff Ifrah, of Ifrah PLLC, will move this Court, before the Hon. LaShann DeArcy Hall, United States District Judge for the Eastern District of New York, at a date and time to be designated by the Court, for an order:

1. Dismissing the Indictment pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B)(v) for failure to state an offense; and

2. Granting such other and further relief as the Court may deem just and proper.

Dated: December 12, 2025

Respectfully submitted,

/s/*James M. Trusty*
James M. Trusty (*pro hac vice*)
A. Jeff Ifrah
IFRAH PLLC
1717 Pennsylvania Ave, N.W.
Suite 650
Washington, D.C. 20006
Tel. (202) 524-4140
Fax (202) 524-4141
jtrusty@ifrahlaw.com
jeff@ifrahlaw.com

To:    AUSA Benjamin Weintraub
        AUSA David I. Berman
        AUSA Kaitlin T. Farrell

*By email on December 12, 2025*
*By ECF on December 23, 2025*

## CERTIFICATE OF SERVICE

      I certify that on December 12, 2025, I served Defendant Terry Rozier's Notice of Motion to Dismiss the Indictment and Memorandum in Support via email to the parties listed on the Notice of Motion. I further certify that on this 23rd day of December, 2025, I served all counsel of record via the Court's electronic filing system.

                                                                                             */s/James M. Trusty*
                                                                                             James M. Trusty