

March 9, 2026

**<u>Via ECF</u>**
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Re: United States v. Earnest, et al.*, No. 1:25-cr-323-LDH

Dear Judge Hall:

I am counsel for defendant Terry Rozier in the above-captioned action. Please accept this letter in lieu of a more formal request for oral argument on Mr. Rozier's motion to dismiss the indictment, docketed at ECF No. 85. Subject to the Court's availability, Mr. Rozier respectfully requests an oral argument date between April 13 and April 27, which are dates with availability for both myself and AUSA Farrell. If the Court does not have availability during that period, we would ask for a hearing date between May 13 and May 15, 2026.

Thank you in advance for your consideration.

Very Truly Yours,

James M. Trusty

cc: AUSA Kaitlin Farrell (via ECF)
AUSA Benjamin Weintraub (via ECF)
AUSA David Berman (via ECF)
Pretrial Services Officer Jorge Hernandy, USPO-SDFL (via email)