

May 13, 2026

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 4H North

**Re: Supplement to Defendant Rozier's Motion to Dismiss the Indictment - Criminal Docket No. 25 Cr. 323 (LDH)**

Dear Judge Hall:

On April 27, 2026, this Court heard oral argument regarding Defendant Terry Rozier's Motion to Dismiss the Indictment in the above-mentioned criminal matter. During the hearing, your Honor raised questions regarding the source of any alleged omissions in the purported wire fraud scheme. Undersigned Counsel volunteered during the hearing to produce the Terms and Conditions agreed upon by new users prior to placing sports bets on a typical sportsbook application or website. Attached to this letter are the Terms and Conditions of two of the largest sportsbooks, FanDuel and DraftKings (consisting of 93 pages and 10 pages respectively). As discussed at the hearing, the Terms and Conditions are clickwrap agreements presented to new users during account creation. There are no additional affirmative representations expected or required by users when placing a bet.

**Exhibit A** is the Pennsylvania FanDuel Terms and Conditions from March 2023.[1] The relevant language is captured in clause 8.17.3 which states: "It is a condition of our acceptance of Bets from you, and by offering to place a Bet with us you represent and warrant that you are not misusing Inside Information." Inside information is defined in clause 8.22 as any information which has not been made public and, if it were made public, would be likely to have a material effect on the relevant market relating to the event. Clause 8.18 expressly reserves the right of FanDuel *to void bets, suspend a user's account, and refuse to pay winnings* should a customer violate Section 8.17. (emphasis added)

**Exhibit B** is the New Jersey DraftKings Sportsbook Terms of Use from February 2023. The "Conditions of Participation" prohibit entering a game if the entrant "has had access to any

---

[1] Because sports betting is regulated by state, each sportsbook application implements unique Terms and Conditions by state, though all are substantially similar. Included as representative examples are the Terms and Conditions from Pennsylvania and New Jersey, which are the locations implicated in the Indictment. *See* Indictment ¶¶ 39, 42.



pre-release, confidential information or other information that is not available to all other entrants of a Game and that provides the entrant an advantage in such a Game." Notably, the "Company," at its sole discretion, "*may disqualify any entrant from a Game, refuse to award benefits or prizes and require the return of any prizes*, if the entrant engages in conduct or otherwise utilizes any information the Company deems improper, unfair or otherwise adverse to the operation of the Game or is in any way detrimental to other entrants." (emphasis added)

These Terms and Conditions are representative of the language of the agreements made between the Betting Companies and alleged Co-Conspirators as described in the Indictment. We respectfully submit these to the Court for consideration, specifically as to the arguments surrounding the nature and materiality of any misrepresentation to the sportsbooks, as well as to the contention that breaching the Terms and Conditions can result in a variety of discretionary economic decisions on behalf of the sportsbooks, further establishing that the indictment's allegations fall squarely within a "right to control" theory of Wire Fraud.

Respectfully,

James M. Trusty (*pro hac vice*)
jtrusty@ifrahlaw.com
A. Jeff Ifrah
jeff@ifrahlaw.com
Ifrah PLLC
1717 Pennsylvania Ave, N.W.
Suite 650
Washington, D.C. 20006
Tel. (202) 524-4140
Fax (202) 524-4141