# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** Seth Eichenholtz | **DATE:** 6/10/2026 |

| |
|---|
| **CLERK:** D. Wright |

| | |
|---|---|
| **DOCKET #:**25 CR 323(s-1)(LDH) | **LOG TIME: 11:13-11:23am** |

| |
|---|
| **DEFENDANTS NAME:** Eric Earnest |

**_x_** Present _____ Not Present _____ Custody **_x_** Bail

| |
|---|
| **DEFENSE COUNSEL**: David Gray |

| _____ Court Appointed | _____ Federal Defender | _____ CJA | **_x_** Retained |
|---|---|---|---|

| |
|---|
| **DEFENDANTS NAME:** Deniro Laster |

**_x_** Present _____ Not Present _____ Custody **_x_** Bail

| |
|---|
| **DEFENSE COUNSEL**: Matthew Corcoran |

| _____ Court Appointed | _____ Federal Defender | _____ CJA | **_x_** Retained |
|---|---|---|---|

| |
|---|
| **DEFENDANTS NAME:** Terry Rozier |

**_x_** Present _____ Not Present _____ Custody **_x_** Bail

| |
|---|
| **DEFENSE COUNSEL**: James Trusty |

| _____ Court Appointed | _____ Federal Defender | _____ CJA | **_x_** Retained |
|---|---|---|---|

| |
|---|
| **A.U.S.A:** David Berman, Kaitlin Ferrell, and Benjamin Weintraub |

| | |
|---|---|
| **INTERPRETER:** | **LANGUAGE:** |

Defendant arraigned on the: ___ Complaint __ Indictment **_x_** Superseding Indictment __ Probation Violation

| **_x_** Defendants pleads NOT GUILTY to ALL counts. | _____ Defendants first appearance. |
|---|---|
| _____ Government Agent Sworn | _____ Rule 5f warnings given to the govt. |
| _____ DETENTION HEARING Held. | _____ BAIL HEARING Held. |

_____ Bond set at $

**Defendant:** ___ released ___ held pending satisfaction of bond conditions.

_____Defendant advised of bond conditions set by the Court and signed the bond.

_____Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

_____(Additional) surety/ies to co-sign bond by _____

_____ After hearing, Court orders detention in custody. _____ Leave to reopen granted.

| _____ Temporary Order of Detention Issued. | ___ Bail Hearing set for _____ |
|---|---|
| _____ Preliminary Hearing set for | _____ Preliminary Hearing waived by defendant |

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| _____ Order of Excludable Delay/Speedy Trial entered. | Start Date:               End Date: |
|---|---|

_____ Medical memo issued.

_____ Defendant failed to appear; bench warrant issued.

**_x_** Status conference set for **6/10/2026** @ **3:30pm** before District Judge: DeArcy Hall

**Other Rulings:** The defendants were arraigned on the superseding indictment; bond continued. Defense counsel for defendant Deniro Laster proposed a bond modification as stated on the record. The government opposed for reasons stated on the record. At this time the court does not have enough information to make a ruling. Defense counsel can renew the application and provide the court with additional information for this request.