**IfrahLaw**

June 15, 2026

<u>**Via ECF**</u>
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> *Re: United States v. Earnest, et al.*, No. 1:25-cr-323-LDH

Dear Judge Hall:

Defendant Terry Rozier respectfully submits this letter requesting that the Court enter a briefing schedule on his forthcoming enlarged motion to dismiss the superseding indictment. The forthcoming motion will address new charges added in the superseding indictment. The parties have conferred and agree to the following briefing schedule:

- Mr. Rozier will serve his motion to dismiss on or before **June 30, 2026**.
- The government will serve its response on or before **July 20, 2026**.
- Mr. Rozier will serve any reply on or before **July 31, 2026**.

The parties also request oral argument on the renewed motion to dismiss. Subject to the Court's availability, the parties respectfully request oral argument on **August 11, 2026**.

Thank you in advance for your consideration.

Very Truly Yours,

James M. Trusty