**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            *Plaintiff*,<br>     v.<br><br>ERIC EARNEST, et al.,<br><br>            *Defendants*. | Case No. 25 Cr. 323 (LDH) |

**MOTION TO WITHDRAW AS COUNSEL**

James M. Trusty, counsel of record for Defendant Terry Rozier, respectfully moves this

Court for an order allowing him to withdraw as counsel of record in the above-captioned matter.

Mr. Rozier recently retained David Markus, who moved to appear *pro hac vice* on June 17, 2026.

Undersigned counsel has informed Mr. Markus of the upcoming motion deadlines that have been

established, as well as the February 8, 2027 trial date.

Accordingly, permitting undersigned counsel's withdrawal will not delay the proceedings,

unduly prejudice Mr. Rozier, or inconvenience the Court, particularly given that trial is more than

seven months away.

A Declaration in support of this Motion is included below.


Dated: June 22, 2026                              Respectfully submitted,


                                                  /s/ *James M. Trusty*
                                                  James M. Trusty (*pro hac vice*)
                                                  IFRAH PLLC
                                                  1717 Pennsylvania Ave. NW, Ste 650
                                                  Washington, D.C. 20006
                                                  Tel. (202) 524-4140
                                                  jtrusty@ifrahlaw.com

                                                  *Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br>　v.<br><br>ERIC EARNEST, et al.,<br><br>　　　　　*Defendants*. | Case No. 25 Cr. 323 (LDH) |

**DECLARATION OF JAMES M. TRUSTY**

I, James M. Trusty, counsel of record for Defendant Terry Rozier in the above-captioned action, hereby declare follows:

1. I submit this declaration in compliance with Local Criminal Rule 1.1 to notify the Court that I intend to withdraw as counsel for Mr. Rozier.

2. Mr. Rozier recently retained David Markus from the law firm Markus/Moss PLLC as counsel.  Mr. Markus and two other attorneys from Markus/Moss PLLC filed motions to appear *pro hac vice* on June 17, 2026.

3. Undersigned counsel has informed Mr. Markus of the upcoming motion deadlines that have been proposed, as well as the February 8, 2027 trial date.

4. Mr. Markus and his team will continue to represent Mr. Rozier in this matter.

5. My withdrawal will not delay the proceedings, unduly prejudice Mr. Rozier, or inconvenience the Court.

6. I am not retaining or charging a lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2026

Respectfully submitted,

/s/ *James M. Trusty*
James M. Trusty (*pro hac vice*)
IFRAH PLLC
1717 Pennsylvania Ave. NW,
Suite 650
Washington, D.C. 20006
Tel. (202) 524-4140
Fax (202) 524-4141
jtrusty@ifrahlaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I, James M. Trusty, hereby certify that on June 22, 2026, the foregoing document was served on Mr. Rozier via email and on counsel of record for all parties via the Court's CM/ECF system.

/s/ *James M. Trusty*

James M. Trusty