**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff*,<br>  v.<br><br>ERIC EARNEST, et al.,<br><br>      *Defendants*. | Case No. 25 Cr. 323 (LDH) |

**MOTION TO WITHDRAW AS COUNSEL**

A. Jeff Ifrah, counsel of record for Defendant Terry Rozier, respectfully moves this Court for an order allowing him to withdraw as counsel of record in the above-captioned matter.  Mr. Rozier recently retained David Markus, who moved to appear *pro hac vice* on June 17, 2026. Undersigned counsel has informed Mr. Markus of the upcoming motion deadlines that have been established, as well as the February 8, 2027 trial date.

Accordingly, permitting undersigned counsel's withdrawal will not delay the proceedings, unduly prejudice Mr. Rozier, or inconvenience the Court, particularly given that trial is more than seven months away.

A Declaration in support of this Motion is included below.

Dated: July 10, 2026                  Respectfully submitted,

/s/ *A. Jeff Ifrah*
A. Jeff Ifrah
IFRAH PLLC
1717 Pennsylvania Ave. NW, Ste 650
Washington, D.C. 20006
Tel. (202) 524-4140
jeff@ifrahlaw.com

*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> ERIC EARNEST, et al., <br><br> *Defendants*. | Case No. 25 Cr. 323 (LDH) |

**DECLARATION OF A. JEFF IFRAH**

I, A. Jeff Ifrah, counsel of record for Defendant Terry Rozier in the above-captioned action, hereby declare follows:

1. I submit this declaration in compliance with Local Criminal Rule 1.1 to notify the Court that I intend to withdraw as counsel for Mr. Rozier.

2. Mr. Rozier recently retained David Markus from the law firm Markus/Moss PLLC as counsel. Mr. Markus and two other attorneys from Markus/Moss PLLC filed motions to appear *pro hac vice* on June 17, 2026.

3. Undersigned counsel has informed Mr. Markus of the upcoming motion deadlines that have been proposed, as well as the February 8, 2027 trial date.

4. Mr. Markus and his team will continue to represent Mr. Rozier in this matter.

5. My withdrawal will not delay the proceedings, unduly prejudice Mr. Rozier, or inconvenience the Court.

6. I am not retaining or charging a lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2026

Respectfully submitted,

/s/ *A. Jeff Ifrah*

A. Jeff Ifrah

IFRAH PLLC

1717 Pennsylvania Ave. NW, Ste 650

Washington, D.C. 20006

Tel. (202) 524-4140

jeff@ifrahlaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I, A. Jeff Ifrah, hereby certify that on July 10, 2026, the foregoing document was served on

Mr. Rozier via email and on counsel of record for all parties via the Court's CM/ECF system.

/s/ *A. Jeff Ifrah*

A. Jeff Ifrah