

August 12, 2026

By ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  RE: *United States v. Terry Rozier, et al.*
   Criminal Docket No. 25-323 (LDH)

Dear Judge DeArcy Hall:

We write to you regarding Mr. Rozier's motion to dismiss Counts 1 and 2 of the original Indictment (Doc. 85, 85-1, and 88). That motion applies with equal force to Counts 1 and 2 of the Superseding Indictment. Therefore, we respectfully renew the motion to Dismiss Counts 1 and 2, and we reincorporate it, along with the reply, here. We have attached the memorandum and reply to this letter for the Court's convenience.

Respectfully submitted,

/s/ David Oscar Markus

David Oscar Markus
Margot Moss
Lauren Krasnoff

MARKUS/MOSS PLLC

40 NW 3rd Street, PH 1
Miami, FL 33128
T 305 379-6667
F 305 379-6668
markuslaw.com