**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KTF/BW/DIB
F. #2024R00288

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 16, 2026

By E-Mail and ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Eric Earnest, et al.
Criminal Docket No. 25-323 (LDH)

Dear Judge DeArcy Hall:

Pursuant to Rule 6(B) of Your Honor's Individual Practices, the government respectfully requests permission to file a notice of supplemental authority pertaining to the defendant Terry Rozier's pending motions to dismiss in the above-captioned case. See ECF Nos. 124 and 140. The government's proposed notice of supplemental authority is attached hereto as Exhibit 1, and the supplemental authority, issued by the Honorable Kiyo A. Matsumoto, United States District Judge for the Eastern District of New York, on September 8, 2026, is attached hereto as Exhibit 2.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: *David I. Berman*
Kaitlin T. Farrell
Benjamin Weintraub
David I. Berman
Assistant United States Attorneys
(718) 254-6167

cc: Clerk of Court (LDH) (by ECF)
Counsel of Record (by ECF)