MARKUS / MOSS

September 21, 2026

By ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Eric Earnest, et al.*, No. 25-CR-323 (S-1) (LDH)

Dear Judge DeArcy Hall:

We represent Terry Rozier. The government asks leave to submit Judge Matsumoto's decision in *United States v. Clase de la Cruz*, No. 25-CR-346 (KAM), ECF No. 219 (E.D.N.Y. Sept. 8, 2026), as supplemental authority. Doc. 149. We do not oppose the request. We ask that the Court also consider this short response.

The non-binding *Clase* Order does not impact most of Mr. Rozier's two motions to dismiss the Superseding Indictment, Docs. 85, 124, and 140.

The defendants in *Clase* moved to dismiss only the single count of wire fraud conspiracy. As a result, Judge Matsumoto issued an opinion on that single count only, and did not consider the remaining three counts or how multiplicity impacted the indictment. Mr. Rozier, in contrast, has moved to dismiss all four counts of the Superseding Indictment, which include novel issues regarding statutory construction as well as multiplicity – arguments that the *Clase* court did not consider or address.

As to the limited issue the *Clase* court did address regarding wire fraud conspiracy, we respectfully submit that the *Clase* court got it wrong for all of the reasons Mr. Rozier explained in the original motion.

We appreciate the Court's consideration.

Respectfully submitted,

/s/ David Oscar Markus
David Oscar Markus
Margot Moss
Lauren Krasnoff

MARKUS/MOSS PLLC

40 NW 3rd Street, PH 1
Miami, FL 33128
T 305 379-6667
F 305 379-6668
markuslaw.com