FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 23 2026
BROOKLYN OFFICE

RECEIVED
SEP 24 2026
PRO SE OFFICE

**The Honorable LaShann DeArcy Hall**
United States District Court
Eastern District of New York

**Re: Terry Rozier — Case No. 25-CR-323 — Respectful Request for Modification of Restrictions and Ability to Resume His NBA Career**

Dear Judge DeArcy Hall:

My name is Gina Tucker, and I am Terry Rozier's mother. I write with the utmost respect for the judicial process and for Your Honor's authority. As a mother, I respectfully ask the Court to consider allowing my son to return to the profession to which he has dedicated his life while his case continues through the legal process.

I fully understand the seriousness of this matter. I am not asking the Court for special treatment, nor am I attempting to argue the merits of Terry's case through this letter. I simply ask that his conduct, his compliance with the Court's requirements, and the potentially irreversible effect that continued restrictions may have on his professional career be taken into consideration.

Since the beginning of this process, Terry has understood the responsibilities placed upon him. He has made a deliberate effort to respect the restrictions and obligations imposed upon him and to avoid conduct that could interfere with or compromise these proceedings. He has also refrained from publicly discussing the substance of his case, choosing instead to respect the Court and allow the legal process to proceed.

I respectfully ask the Court to consider that conduct.

Terry has worked nearly his entire life to reach the NBA. A professional athlete has a uniquely limited window in which to compete at the highest level. Every season matters, and time lost during the prime of an athlete's career cannot later be restored if the legal process takes months or years to resolve.

This is about more than financial loss. It represents years of sacrifice, discipline, training, and commitment to a profession Terry has pursued since he was a young man. Basketball has provided him with structure, purpose, and the opportunity to provide for his family and contribute to his community.

I respectfully ask the Court to consider whether reasonable conditions could allow Terry to return to his profession while continuing to satisfy every obligation imposed upon him. If additional safeguards are necessary to protect the integrity of these proceedings, Terry understands that he must continue to comply fully with whatever conditions the Court determines are appropriate.

Allowing Terry to return to basketball would not determine or diminish the seriousness of the allegations before the Court. It would allow him to continue his profession while the judicial process determines the outcome of his case.

REC'D IN PRO SE OFFICE
SEP 24 '26 AM 10:10

As his mother, I have watched Terry work for everything he has achieved. I have also watched him navigate an extraordinarily difficult period with restraint and respect for the process. Rather than using his public platform to litigate his case publicly, he has relied upon his attorneys and the judicial process.

I respectfully ask Your Honor to consider Terry's conduct throughout these proceedings and whether he may be given the opportunity to resume his career while continuing to demonstrate that same compliance.

We understand and respect the Court's responsibility to protect the integrity of these proceedings. Terry remains prepared to honor the conditions imposed upon him. We simply ask that, if the Court determines those protections can remain in place while Terry resumes his profession, he be given that opportunity.

Thank you, Your Honor, for your time and consideration and for considering both the circumstances before the Court and the significant professional consequences that continued restrictions may carry.

With the utmost respect,

**Gina Tucker**

Mother of Terry Rozier

Eugenia Tucker
2951 NW 107th Ave
Coral Springs, FL 33065

**CERTIFIED MAIL®**

MIAMI FL 330
19 SEP 2026 PM 6 L

9589 0710 5270 3002 5003 15

cy Hall

United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 23 2026 ★
BROOKLYN OFFICE

U.S. POSTAGE PAID
FCM LETTER
SUNRISE, FL 33323
SEP 18, 2026
$6.37
S2322T500996-04
11201
Retail
UNITED STATES POSTAL SERVICE®
RDC 99

USPS

11201-183299