**NAME (Please print):** ______________________________________________

## TO PROSPECTIVE JURORS

This questionnaire is designed to obtain information from you with respect to your qualifications to sit as a juror in this case. By the use of the questionnaire, the process of jury selection will be shortened. Please respond to the following questions as completely as possible. The information contained within the questionnaire will become part of the Court's permanent record, but it will not be distributed to anyone except the attorneys in the case and the judge. During the questioning by the attorneys, you will be given an opportunity to explain or expand any answers, if necessary. If for any reason you do not want to answer any of the questions asked, please write the word, 'PRIVATE', next to the question and we will take this matter up with you in private.

This questionnaire is part of the jury selection process. The questions must be answered by you under penalty of perjury. You should fill out this questionnaire by yourself without consulting any other person. If you wish to make further comments regarding any of your answers, please use the Explanation Page at the end of the questionnaire to do so. Remember to indicate the number of the question you are answering.

You are instructed not to seek out, read, or research about the parties in this case. Specifically, you must not do any research using AI or any internet search engine (e.g., Google, Yahoo!, Bing, etc.), message boards, chat rooms, blogs, or social media (e.g., Facebook, Twitter, Instagram, etc.). Do not read any articles in the newspaper, online, or on any app on a mobile device, and do not listen to any news reports on the radio, television, or podcasts. If any juror does such research, this would be jury misconduct, all of our time and effort will have been wasted, and it will be necessary to start this process all over again. Furthermore, if a juror violates this Order from the Court, the juror will be subjected to Contempt of Court charges, punishable by a fine and/or jail time.

If you do not understand a question, please write, "I DO NOT UNDERSTAND", and the question will be explained to you in Court. **PLEASE REALIZE THERE ARE NO RIGHT OR WRONG ANSWERS – JUST HONEST ONES**.

---

This trial is expected to last approximately _____ days. A trial of this length is a hardship to almost every juror. Can you make the sacrifice and serve as a juror, or do you have an extraordinary hardship that you want to bring to the Court's attention?

❒ YES, I can serve as a juror. ❒ NO, I can't serve as a juror and the reason is because:

______________________________________________

______________________________________________

______________________________________________

**REGARDLESS OF YOUR ANSWER, PLEASE COMPLETE THE REST OF THIS QUESTIONNAIRE.**

**Your answers to this questionnaire will be held confidential by the Court and will only be used during jury selection in this case.**

**NAME:** ______________________________

1. How far did you go in school? If college, please list degree(s) and field(s) of study:

______________________________

2. What jobs have you held in the past? ______________________________

3. Have you, any family members, or close friends ever worked for, or donated time or money to, the FBI, the U.S. Attorney's Office, or any other law enforcement agency? ❐ YES ❐ NO If **YES**, please explain: ______________

______________________________

4. How closely do you follow professional basketball? ❐ Very closely ❐ Somewhat closely ❐ Not closely ❐ Not at all

5. Which professional basketball team is your favorite or you think of as "your" team? ______________

6. What is your opinion of legalized sports betting and the companies that offer it? ______________

______________________________

______________________________

   A. Have you or anyone close to you ever placed a bet on a sporting event, either in person, online, or through an app? ❐ YES ❐ NO If **YES**: Have you/this person ever placed a bet on an individual player? ❐ YES ❐ NO

7. Has gambling of any kind ever caused financial, family, or personal problems for you or anyone close to you? ❐ YES ❐ NO If **YES**, please explain: ______________________________

______________________________

   A. Would this experience cause you to be unable to be a completely fair and impartial juror in a case about gambling allegations? ❐ YES ❐ NO

8. Have you heard, read, or seen any news reports or social media posts about gambling allegations against professional athletes, including Terry Rozier? ❐ YES ❐ NO If **YES**, what do you remember hearing, reading, and/or seeing?

______________________________

______________________________

9. Have you formed any opinions about the case against Terry Rozier based on anything you have read or seen?

______________________________

______________________________

10. Do you know anyone who has ever been falsely accused of a crime? ❐ YES ❐ NO If **YES**, please explain:

______________________________

______________________________

11. If you have ever served as a juror in a **Criminal** case:
   A. What type(s) of criminal case(s)? ______________________________
   B. What was the jury's verdict in that case? ______________________________
   C. Were you the foreperson? ❐ YES ❐ NO

12. Please list three words to describe yourself: a. ____________ b. ____________ c. ____________

13. Which of the following is your usual source for national news? Select all that apply: ❐ CNN ❐ FOX ❐ MSNBC ❐ Network stations (ABC, CBS, NBC) ❐ Newsmax ❐ OAN ❐ Social media: __________ ❐ Other: __________

14. Please list the 3 people you admire *most*: a. ____________ b. ____________ c. ____________

15. Please list the 3 people you admire *least*: a. ____________ b. ____________ c. ____________

16. Is there any other information that you have not included above that you believe would impact your ability to be a fair and impartial juror in this case? ❐ YES ❐ NO If **YES**, please explain: ______________________________

______________________________

______________________________

## EXPLANATION PAGE