UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

- against -

DAMON JONES

Defendant.

---------------------------------------------------------------X

25 CR 323 (LDH)

**DEFENDANT DAMON JONES'S TRAVEL REQUEST**

Respectfully submitted,

By: /s/*Kenneth J. Montgomery*//
Law Office of Kenneth Montgomery
396 Waverly Ave,
Brooklyn, New York
Tel: 917-770-5590
Email: ken@kjmontgomerylaw.com

*Attorney for Damon Jones*

**KENNETH J. MONTGOMERY**
**ATTORNEY AT LAW**

**396 WAVERLY AVENUE**
**Tel:(718)403-9261**
**SUITE A** **Fax: (347) 402-7103**
**BROOKLYN, NEW YORK 11238**
**Email:KEN@KJMONTGOMERYLAW.COM**

Admitted NY

October 2, 2026

**VIA: ECF**

The Honorable Lashann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re**: United States v. Damon Jones
Docket # 25 Cr 323 (LDH)

Dear Judge Hall,

I represent Mr. Damon Jones in this matter. I am writing to respectfully request that Mr. Jones be permitted to travel in a coach capacity to Duncanville and Arlington, Texas. Mr. Jones is currently at liberty, subject to monitoring by Pretrial Services. Mr. Jones will be coaching for One World Academy, and his team will be traveling to Duncanville, Texas on October 9, Arlington, Texas on November 6-8, Arlington, Texas on January 8-10, 2027, and Arlington, Texas on February 5-7, 2027. I have communicated with AUSA Berman who has no objections with this request. Ms. Ibarra of Pre-Trial Services has no objection to this application as long as Mr. Jones continues to comply with all conditions mandated by this Court.

Respectfully submitted,

By: /s/*Kenneth J. Montgomery*//
Law Office of Kenneth Montgomery
396 Waverly Ave,
Brooklyn, New York
Tel: 917-770-5590
Email: ken@kjmontgomerylaw.com

*Attorney for Damon Jones*