Cellebrite
www.cellebrite.com

# Extraction Report - Instagram Warrant Return

## Participants

51704035839
yeppluka (owner)

34851479558
Godfather

## Conversation - Instant Messages (652)

From: 51704035839 yeppluka (owner)

You shared a story.

**Attachments:**

Size: 0
Path: https://www.instagram.com/stories/lifeof0j/2983260936061187359
(Empty File)

**Priority:** Normal

**Platform:**

12/1/2022 3:19:38 PM(UTC+0)

Source Info:
1038107212383807.zip/records.html : 0x1B4F1B4

From: 34851479558 Godfather

Naw real shit

**Attachments:**

Size: 0
Path: https://www.instagram.com/stories/yeppluka/2983723532607811237
(Empty File)

**Priority:** Normal

**Platform:**

12/1/2022 3:30:31 PM(UTC+0)

Source Info:
1038107212383807.zip/records.html : 0x1B4F5D1

From: 34851479558 Godfather

**Priority:** Normal
**Platform:**

10/8/2025 4:08:25 PM(UTC+0)

Source Info:
1038107212383807.zip/records.html : 0x1BCB8DB

From: 51704035839 yeppluka (owner)

**Attachments:**

Size: 0
Path: https://www.instagram.com/stories/elmaniac3025/3741358068618697979
(Empty File)

**Priority:** Normal
**Platform:**

10/11/2025 11:33:40 PM(UTC+0)

Source Info:
1038107212383807.zip/records.html : 0x1BCBB6C

From: 34851479558 Godfather

Reacted to your message

**Priority:** Normal
**Platform:**

10/12/2025 12:24:07 AM(UTC+0)

Source Info:
1038107212383807.zip/records.html : 0x1BCBF7E

From: 51704035839 yeppluka (owner)

**Attachments:**

Size: 0
Path: https://www.instagram.com/stories/elmaniac3025/3831952312932208153
(Empty File)

**Priority:** Normal
**Platform:**

2/14/2026 1:33:52 AM(UTC+0)

Source Info:
1038107212383807.zip/records.html : 0x1BCC21B

From: 34851479558 Godfather

Reacted to your message

**Priority:** Normal

**Platform:**

2/14/2026 2:15:42 AM(UTC+0)

Source Info:
1038107212383807.zip/records.html : 0x1BCC62D

From: 34851479558 Godfather

**Attachments:**

Size: 0
Path: https://www.instagram.com/stories/yeppluka/3841244032463166307
(Empty File)

**Priority:** Normal

**Platform:**

2/26/2026 7:06:36 PM(UTC+0)

Source Info:
1038107212383807.zip/records.html : 0x1BCC8CE

From: 34851479558 Godfather

!!!!!

**Attachments:**

Size: 0
Path: https://www.instagram.com/stories/yeppluka/3851299234297809501
(Empty File)

**Priority:** Normal

**Platform:**

3/12/2026 7:31:30 PM(UTC+0)

Source Info:
1038107212383807.zip/records.html : 0x1BCCCDC

From: 34851479558 Godfather

Understatement ‼

**Attachments:**

Size: 0
Path: https://www.instagram.com/stories/yeppluka/3854994789859520245
(Empty File)

**Priority:** Normal

**Platform:**

3/17/2026 7:26:36 PM(UTC+0)

Source Info:
1038107212383807.zip/records.html : 0x1BCD0F8

From: 51704035839 yeppluka (owner)

**Attachments:**

Size: 0
Path: https://www.instagram.com/stories/elmaniac3025/3856068458996140275
(Empty File)

**Priority:** Normal
**Platform:**

3/19/2026 7:29:02 AM(UTC+0)

Source Info:
1038107212383807.zip/records.html : 0x1BCD517

From: 51704035839 yeppluka (owner)

Kold

**Attachments:**

Size: 0
Path: https://www.instagram.com/stories/elmaniac3025/3881023308163024048
(Empty File)

**Priority:** Normal
**Platform:**

4/22/2026 7:11:00 PM(UTC+0)

Source Info:
1038107212383807.zip/records.html : 0x1BCD925

From: 34851479558 Godfather

Liked a message

**Priority:** Normal
**Platform:**

4/23/2026 12:36:28 AM(UTC+0)

Source Info:
1038107212383807.zip/records.html : 0x1BCDD37