MARKUS / MOSS

October 23, 2026

By ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Eric Earnest, et al.*, No. 25-CR-323 (S-1) (LDH)

Dear Judge DeArcy Hall:

We represent Terry Rozier. We write briefly in response to the government's letter filed today (ECF No. 161).

The government seeks no relief, and we respectfully agree that no relief is warranted.

The messages in the government's exhibit occurred on or before April 23, 2026. Those messages occurred before undersigned counsel entered the case. It was also before the July 8, 2026 hearing, where the Court admonished Mr. Rozier about the no-contact provision and made clear how important it is. Mr. Rozier heard the Court loud and clear.

Since that hearing, Mr. Rozier has had no contact with Mr. Laster or with anyone else on the no-contact list, and he has complied fully with the conditions of his release. The government does not claim otherwise.

If the government intends to offer these messages at trial, we will address that in limine.

Respectfully submitted,

/s/ David Oscar Markus
David Oscar Markus
Margot Moss
Lauren Krasnoff
*For Terry Rozier*

MARKUS/MOSS PLLC

40 NW 3rd Street, PH 1
Miami, FL 33128
T 305 379-6667
F 305 379-6668
markuslaw.com