**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KTF/BLW/DIB
F. #2024R00288

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 27, 2026

By ECF and E-Mail

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Deniro Laster and Terry Rozier
Criminal Docket No. 25-323 (LDH)

Dear Judge DeArcy Hall:

The government respectfully writes to request that the Court (a) set briefing schedules for the two motions recently filed by the defendants (ECF Nos. 153 and 163)[1] and (b) grant the government leave to file a motion seeking authorization to interview physicians who treated the defendant Terry Rozier or reviewed his medical records, and set a corresponding briefing schedule for that motion.

First, On October 1, 2026, the defendant Terry Rozier filed what is, in essence, a motion for reconsideration of the Court's prior denial of his request for a "written juror questionnaire."[2] ECF No. 153. In addition, on October 24, 2025, the defendants Terry Rozier and Deniro Laster jointly moved to sever their trials in this case. ECF No. 163. By this letter, the government respectfully requests that the Court set briefing schedules for both motions that permit the government to respond by November 9, 2026. The government takes no position on whether the defendants should be permitted to file replies or, if so, on the appropriate deadline for any such replies.

---

[1] The defendants' motions were filed without leave of Court, contrary to Your Honor's Individual Rules and Practices, which provide that "[p]arties may not serve motion papers before the Court enters a briefing schedule." See id., Section VI(B)(1).

[2] On August 11, 2026, in response to Mr. Rozier's request for a "written . . . jury questionnaire," Your Honor stated that: "I'm not doing a written questionnaire . . . You have your answer. Look at that, you didn't have to write anything. . . . I am not altering the way in which I pick a jury." See Aug. 11, 2026 Status Conf. Tr. at 13.

Second, on October 24, 2026, the defendant Terry Rozier asserted in a court filing that he intends to make the timing, nature, and scope of his injury alleged in the Superseding Indictment a part of his trial defense. See ECF No. 158 at 1. Mr. Rozier has authorized the release of the relevant medical records. By this letter, the government respectfully requests leave to file a motion seeking court authorization permitting the physicians who treated Mr. Rozier to speak to the government. Mr. Rozier has declined the government's request that he execute a HIPAA waiver for this purpose, but, as the motion will explain, HIPAA may be overridden by a court order in such circumstances. The government also respectfully requests that the Court set a briefing schedule for this motion permitting Mr. Rozier to respond by a deadline set by the Court.

The government remains available to answer any questions the Court may have or to provide any additional information the Court deems appropriate regarding the above-described filings and anticipated filings, as well as other outstanding matters, including the defendants' pending motion to dismiss. The parties have conferred and are available for a status conference on December 2, 2026, should the Court wish to address these issues at that time

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: *David I. Berman*
Kaitlin T. Farrell
Benjamin Weintraub
David I. Berman
Assistant United States Attorneys
(718) 254-7000

cc: Clerk of Court (LDH) (by ECF)
Counsel of Record (by ECF)